### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE GOULET, ANDREW GOULET | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO.  25-2852 |
| | : | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA | : | |
| | : | |

## **ORDER**

**AND NOW**, this 20th day of July 2026, upon considering defendant's motion for summary judgment (DI 19), plaintiffs' opposition (DI 26), defendants' reply (DI 27), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion for summary judgment (DI 19) is **GRANTED** and the Clerk of Court shall **close** this case.

**MURPHY, J.**